IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **CATHRYN FULLER,** | ) |
| | ) |
| **Plaintiff,** | ) Case No.: 19-0327-cv-FJG |
| | ) |
| v. | ) |
| | ) |
| **FARMERS INSURANCE COMPANY,** | ) |
| **INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S MOTION FOR SPECIAL TRIAL SETTING

**COMES NOW** Plaintiff, by and through her attorneys of record, and moves the Court for a special trial setting, in support of which she states as follows:

1.  The instant cause was filed in the Circuit Court of Jackson County, Missouri on the 4th day of April 2018, before it was removed to this Court on the 26th day of April 2019.

2.  After removal, the parties submitted their proposed Scheduling Order to the Court on the 14th day of June 2019. Their proposed Scheduling Order called for this matter to be tried in April of 2020.

3.  Thereafter, the Court entered its own Scheduling Order on June 14, 2019, which did not set this cause for trial, but the Order stated that, "Trial will be set by future Order."

4.  Defendant filed its Motion for Summary Judgment on the 28th day of February 2020. The parties filed their respective briefs with the Court, supporting or opposing Defendant's Motion. This Court entered its Order, overruling Defendant's Motion for Summary Judgment on the 29th day of September 2020, for which reason it is now appropriate to set this matter for trial.

5.  Plaintiff anticipates it will require approximately five days to try the case *sub judice*. The parties are ready to try this cause, and the Court has been trying jury trials recently,

1

despite the Covid pandemic.

  **WHEREFORE**, Plaintiff prays this Court to enter an Order setting the above-captioned cause for trial, and for such other and further relief as this Court deems just and proper.

                Respectfully submitted,

                **LANGDON & EMISON, LLC**

                /s/ Brennan B. Delaney
                Michael W. Manners, MO Bar #25394
                Brennan B. Delaney, MO Bar #61024
                911 Main Street
                P.O. Box 220
                Lexington, Missouri 64067
                Telephone: (660) 259-6175
                Facsimile: (660) 259-4571
                Mike@lelaw.com
                Brennan@lelaw.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served via email this 30th day of September 2020, on:

Timothy J. Wolf
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400
314-421-3128 — FAX
twolf@bjpc.com
jchapell@bjpc.com

**ATTORNEY FOR DEFENDANT FARMERS INSURANCE COMPANY, INC.**

                /s/ Brennan B. Delaney
                 Attorney for Plaintiff